THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIM W. KREIDER**, <br><br> v. <br><br> **GREEN ROBIN HOMES, LLC, et al.**, | **CIVIL ACTION** <br><br> No. 24-4288 |

## ORDER

**AND NOW**, this 3rd day of June, 2025, upon consideration of the Motions to Dismiss filed by Green Robin Homes and by Robin Bieber and Robin Nellius and the Plaintiff's oppositions thereto, for the reasons in the accompanying memorandum, it is hereby ordered:

1. The Motion to Dismiss filed by Green Robin Homes (ECF 13) is **DENIED**.
2. The Motion to Dismiss filed by Robin Bieber and Robin Nellius (ECF 14) is **DENIED**.
3. Defendants are **ORDERED** to file their answer within 20 days of this order.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**